OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

**LAWRENCE K. BAERMAN**
**CLERK**

JAMES T. FOLEY COURTHOUSE
445 BROADWAY, ROOM 509
ALBANY, NEW YORK  12207-2924
(518) 257-1800

January 26, 2006

Clerk, U.S. District Court
United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201



**RE: USA v. Gary Fama**
**NDNY Case No. 1:06-mj-21 RFT**
**Eastern District of NY Case No. 00-cr-301-1**

Dear Sir or Madam:

Enclosed please find certified copies of the following papers regarding the above named defendant:

1. WAIVER OF RULE 5 & 5.1 HEARINGS
2. COMMITMENT TO ANOTHER DISTRICT
3. DOCKET SHEET FROM NDNY
4. OTHER RELATED DOCUMENTS

Please acknowledge receipt of same by signing and dating the enclosed copy of this letter and returning it to the Clerk's Office in Albany, NY.

Thank you for your attention in this matter.

Sincerely yours,

LAWRENCE K. BAERMAN, CLERK

By: S/
Britney Norton
Deputy Clerk

Encs.

ACKNOWLEDGMENT: _____

**U.S. District Court**
**Northern District of New York [LIVE - Version 2.5] (Albany)**
**CRIMINAL DOCKET FOR CASE #: 1:06-mj-00021-RFT-ALL**

Case title: USA v. Fama                                    Date Filed: 01/23/2006

Assigned to: Magistrate Judge Randolph F. Treece

**Defendant**
**Gary Fama** (1)

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Plaintiff**
**USA**

| Date Filed | # | Docket Text |
|---|---|---|
| 01/23/2006 | 1 | Rule 5(c)(3) Documents Received as to Gary Fama from Eastern District of NY. (ban) (Entered: 01/25/2006) |
| 01/23/2006 | 2 | WAIVER of Rule 5(c)(3) Hearing by Gary Fama (ban) (Entered: 01/25/2006) |
| 01/23/2006 | 3 | Minute Entry for proceedings held before Judge Randolph F. Treece :Initial Appearance/Rule 5 Hearing as to Gary Fama held on 1/23/2006/ Appearances by George Baird, FPD for Defendant, Ed Grogan AUSA for USA, and Pretrial Officer Joanne Defreest. Counsel appointed by the court. Defendant admitted he is the person wanted in the EDNY. Defendant signs Rule 5 Waiver. Detention hearing and Preliminary hearing waived (to be held in EDNY). Defendant remanded to the custody of the US Marshal (LO). (ban) (Entered: 01/25/2006) |
| 01/23/2006 | 4 | COMMITMENT TO ANOTHER DISTRICT as to Gary Fama. Defendant committed to Eastern District of New York. Signed by Judge Randolph F. Treece on 1/23/06. (ban) (Entered: 01/25/2006) |

E C F   D O C . . . . . . . . . . .
I certify that this is a printed
copy of a document which was
electronically filed with the
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
LAWRENCE K. BAERMAN, CLERK
Dated: 1-26-06
By: _____ Deputy Clerk

AO 94 (Rev. 8/97) Commitment to Another District

# UNITED STATES DISTRICT COURT

**Northern** District of **New York**

| UNITED STATES OF AMERICA | COMMITMENT TO ANOTHER |
|---|---|
| V. | DISTRICT |
| **Gary Fama** | |

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| 1:06-M-21 RFT | 00-CR-309-1 | 1:06-M-21 RFT | 00-CR-309-1 |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**

☒ Indictment ☐ Information ☐ Complaint ☐ Other (specify)

charging a violation of U.S.C. §

**DISTRICT OF OFFENSE** **Eastern New York**

**DESCRIPTION OF CHARGES:**

**Violation of Supervised Release**

**CURRENT BOND STATUS:**

☐ Bail fixed at and conditions were not met
☐ Government moved for detention and defendant detained after hearing in District of Arrest
☐ Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)

| **Representation:** | ☐ Retained Own Counsel | ☒ Federal Defender Organization | ☐ CJA Attorney | ☐ None |
|---|---|---|---|---|

| **Interpreter Required?** | ☒ No | ☐ Yes | Language: |
|---|---|---|---|

ND DISTRICT OF NY

## TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

**January 23, 2006**
Date

United States Judge or Magistrate Judge

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |

DOCUMENT
I certify that this is a printed copy of a document which was electronically filed with the UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF NEW YORK LAWRENCE K. BAERMAN CLERK
Dated: 1-26-06
By: _____ Deputy Clerk

# CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK
ALBANY, NEW YORK
**HON. RANDOLPH F. TREECE, presiding**
**UNITED STATES MAGISTRATE JUDGE**

DATE:____**JANUARY 23, 2006**____

TIME:_____**2:10 P.M. - 2:25 P.M.**____

COURTROOM DEPUTY:__ROBIN HINMAN_____

INTERPRETER:_____
                              (Certified / Non-certified)
LANGUAGE:_____

UNITED STATES OF AMERICA                          DOCKET NUMBER:____**O6-M-21 RFT**_____
         vs.

____**GARY FAMA**_____, by _____**GEORGE BAIRD,**_____, **Esq.**

                          __X__ Pub. Defender __ Retained ____ CJA Assigned ____ Waived

AUSA,____**ED GROGAN**_____, for Government

PRETRIAL OFFICER(s):____**JOANNE DEFREEST**_____

__X__ **INITIAL APPEARANCE**

__X__ **REMOVEL/RULE 5 HEARING**

__X__ **FINANCIAL Affidavit submitted**

__X__ **DEFT Appears 1st time with Counsel** __X__ **COUNSEL appointed by COURT**

__X__ **DEFT. Advised of rights, maximum penalty stated and given a copy of:** __X__ **Warrant/Indictment from ED/NY**

__X__ **DEFT admits he is the person wanted in** __Eastern District of New York__

__X__ **DEFT and COUNSEL Sign Waiver of Rule 5 & 5.1 Hearings**

__X__ **DEFENSE ATTORNEY:** __X__ **WAIVES Detention Hearing, reserves right to reapply in the ED/NY**
                              __X__ **WAIVES Preliminary Hearing (to be held in ED/NY)**

__X__ **JUDGE signs Commitment to Another District**

__X__ **DEFT. REMANDED to custody of the U.S. MARSHAL.**

         ____ **LC** __X__ **LO (State, Local, Immigration/Naturalization Service or other Federal Authorities)**

I certify that this is a printed copy of a document which was electronically filed with the UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF NEW YORK LAWRENCE K. BAERMAN, CLERK Dated: 1-26-06 _____ Deputy

AO 466A (Rev. 10/03) Waiver of Rule 5 & 5.1 Hearings

# United States District Court

**Northern** DISTRICT OF **New York**

UNITED STATES OF AMERICA

**WAIVER OF RULE 5 & 5.1 HEARINGS**
(Complaint/Indictment)

V.

**Gary Fama**
Defendant

CASE NUMBER: **1:06-M-21 RFT**

CHARGING DISTRICTS
CASE NUMBER: **00-CR-309-1**

I understand that charges are pending in the **Eastern** District of **New York**

alleging violation of **Supervised Release** and that I have been arrested in this district and
(Title and Section)

taken before a judge, who has informed me of the charge(s) and my rights to:

(1)   retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2)   an identity hearing to determine whether I am the person named in the charges;

(3)   a preliminary hearing (unless an indictment has been returned or information filed) to determine whether there is probable
cause to believe an offense has been committed by me, the hearing to be held in this district or the district of prosecution; and

(4)   Request transfer of the proceedings to this district under Rule 20, Fed. R. Crim. P., in order to plead guilty.

**I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):**

( ✓ )  identity hearing

(   )  preliminary hearing

( ✓ )  identity hearing but request a preliminary hearing be held in the prosecuting district and, therefore, consent to the issuance of
an order requiring my appearance in the prosecuting district where the charges are pending against me.

_____
Defendant

**Jan. 23, 2006**
Date

_____
Defense Counsel

E C F   D O C U M E N T
I certify that this is a printed
copy of a document which was
electronically filed with the
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK.
LAWRENCE K. BAERMAN, CLERK
Dated: 1-26-06
By: _____ Deputy Clerk