UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------
UNITED STATES OF AMERICA,

               -vs-

GARY FAMA,

               Defendant.
-------------------------------------------------

VIOLATION OF SUPERVISED RELEASE

CR-00-309(FB)

      WHEREAS the defendant having been found guilty on __5/10/00__ in the United States District Court for the Eastern District of New York to violation of __T. 18 U.S.C. § 922(g)(1)__ and sentenced on __4/10/01__ to 51 MONTHS OF INCARCERATION FOLLOWED BY 3 YEARS OF SUPERVISED RELEASE WITH THE FOLLOWING SPECIAL CONDITION: (1) NO POSSESS OF ANY KIND OF FIREARMS, AND (2) THE DEFENDANT SHALL PARTICIPATE IN A DRUG TREATMENT PROGRAM AS DIRECTED BY THE PROBATION DEPARTMENT..

      NOW, the defendant having appeared in court on __2/26/09__ and having been represented by __Michael Padden__; the United States having been represented by Assistant U.S. Attorney __Gina Parlovechio__, and the defendant having pled guilty to violating charge 2 of the terms of supervised release, it is now,

      ORDERED AND ADJUDGED that the defendant be sentenced as follows: TO THE CUSTODY OF THE ATTORNEY GENERAL FOR A PERIOD OF EIGHT (8) MONTHS TO BE FOLLOWED BY NO TERM OF SUPERVISED RELEASE.

      IT IS FURTHER ORDERED that the Clerk of the Court deliver certified copies of this order.

Dated: Brooklyn, New York
      February 27, 2009

s/FB

_____
UNITED STATES DISTRICT JUDGE